ANN JENNINGS *against* MARY ANN JENNINGS.

A DEVISE of real estate to a trustee, to receive the income and apply it to the maintenance and education of four infant children of the devisor, and the surplus (if any) to be invested at interest until the oldest child should arrive at the age of 21 years, then the whole property, real and personal, to be appraised, and the equal share of such child to be apportioned, and paid or delivered to her or him ; and the like course to be pursued in respect to the other children, as they should arrive at the age of twenty-one years.

*Held*, void by reason of its suspending the absolute power of alienation for a longer period than two lives in being.

(S. C., 5 Sandf. 174 ; 7 N. Y. 547.)

---

SUSAN LEDYARD *against* WILLIAM JONES, Sheriff, &c.

*Measure of damages for neglect of sheriff to return execution.*

IN an action on the case against a sheriff for neglecting to return an execution, where it is admitted that there was abundant property of the defendant within reach of the process to satisfy it, the measure of damages (the neglect being shown) is the amount of the execution and interest.

Where the judge, in his charge to the jury, states the rule of damages too favorably for the plaintiff, the judgment will not on that account be set aside on motion of the defendant, even on bill of exceptions, when the verdict is for a less sum than the plaintiff, upon the conceded facts, is entitled by law to recover.

(See 4 Sandf. R. 67 ; 7 N. Y. 550, S. C.)